An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN STEVEN OLAUSEN,
　　　　　　　　　Appellant,
　　　vs.
THE STATE OF NEVADA,
　　　　　　　　　Respondent.

No. 67227

**FILED**

FEB 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
　　DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is pro se appeal from a district court order denying motions for disqualification of judges. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Because no statute or court rule permits an appeal from such an order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:　Hon. Jerome Polaha, District Judge
　　　John Steven Olausen
　　　Attorney General/Carson City
　　　Washoe County District Attorney
　　　Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-05595